UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THERESA LEWIS,

                              Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                              Defendant.

CASE NO. 09-5132KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

        Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED. Plaintiff

does not appear to have funds available to afford the $350.00 filing fee.

        DATED this 17th day of March, 2009.


                                        _____
                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1