UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| THERESA G. LEWIS, | Civil No. 3:09-cv-5132-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including June 22, 2009, to file and Answer to Plaintiff's Complaint.

DATED this 20th day of May, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-5132-KLS]

Presented by:

s/ RICHARD A. MORRIS
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075
Telephone: (206) 615-2156
FAX: (206) 615-2531
rick.morris@ssa.gov