# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERESA G. LEWIS | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| MICHAEL J. ASTRUE | CASE NUMBER: C09-5132RJB-KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff may submit additional evidence and arguments to the ALJ on remand. The ALJ will issue a new decision and those other aspects of the ALJ's prior decision not specifically addressed here are not affirmed.

| August 21, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | |
| | /s/ Jennie L. Patton |
| | By, Deputy Clerk |