# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERESA G. LEWIS | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | CASE NUMBER: C09-5132FDB |

    __    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court hereby awards Plaintiffs counsel, Robert A. Friedman, $3,062.87 in attorney fees and $44.16 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a)(, (d), and $15.25 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $3,122.28.

| | |
|---|---|
|   October 6, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |