# United States District Court
WESTERN DISTRICT OF WASHINGTON

THERESA G. LEWIS

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5132RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $9,136.00 in accordance with 42 U.S.C. §406(b). Plaintiff's Counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $3,062.87, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412.


    June 22, 2010                                            BRUCE RIFKIN
Date                                                                    Clerk

                                                                  *s/CM Gonzalez*
                                                                  Deputy Clerk